262

## Jack Ittin, Appellant, v. Martin L. Nattenheimer, Appellee.

### Gen. No. 41,579.

opinion filed April 23, 1941. William J. Ruttenberg, for appellant; Irving Goodman, of counsel; Sid Mogul, for appellee. Opinion by Justice Burke. "Not to be published in full."

## F. Gerald Thomas, Appellant, v. Benjamin Melmed, Appellee.

### Gen. No. 41,266.

opinion filed April 23, 1941. Lloyd C. Whitman, for appellant; Samuel P. Gurman, for appellee. Opinion by Justice Denis E. Sullivan. "Not to be published in full."